**MISSOURI PACIFIC RAILROAD COMPANY, Debtor, v. PROTECTIVE COMMITTEE FOR MISSOURI PACIFIC FIRST AND REFUNDING MORTGAGE BONDS et al.**

**Charles H. THORTON et al., Appellants, v. SAME.**

**William Carnegie EWEN, as Chairman, et al., Appellants, v. SAME.**

**COMMERCIAL NATIONAL BANK & TRUST COMPANY OF NEW YORK, as Successor Trustee, etc., Appellant, v. SAME.**

**ST. LOUIS UNION TRUST COMPANY, as Trustee, etc., et al., Appellants, v. SAME.**

**Edward C. DELAFIELD et al., Appellants, v. SAME.**

**Gerald AXELROD et al., Appellants, v. SAME.**

**Nos. 12130–12136.**

Circuit Court of Appeals, Eighth Circuit.

May 8, 1943.

Marion B. Pierce, of New York City, and John L. Oliver, of Cape Girardeau, Mo., for appellant in No. 12130.

Luther M. Walter, of Chicago, Ill., for appellants in No. 12131.

Everett Paul Griffin, of St. Louis, Mo., Kenneth McEwen, of New York City, and Edward F. Colladay, of Washington, D. C., for appellants in No. 12132.

Owen D. Nee and William P. Palmer, both of New York City, for appellant in No. 12133.

R. H. McRoberts, of St. Louis, Mo., for appellants in No. 12134.

Sanford H. E. Freund and Douglas B. Steimle, both of New York City, for appellants in No. 12135.

Harry Kirshbaum, of New York City, and Edwin J. Bean, of St. Louis, Mo., for appellants in No. 12136.

W. Lloyd Kitchel, of New York City, Jacob Chasnoff, of St. Louis, Mo., Daniel W. Knowlton and Emmet McCaffery, both of Washington, D. C., Robert D. Evans, of St. Louis, Mo., Claude E. Hamilton, Jr., of Washington, D. C., James L. Homire and Fred N. Oliver, both of New York City, John C. Donnally, of Washington, D. C., Leonard D. Adkins, of New York City, and S. Mayner Wallace, of St. Louis, Mo., for appellees.

PER CURIAM.

Appeals remanded to District Court for purpose of holding hearing on confirmation of Plan of Reorganization, and if the District Court be so advised, for purpose of referring matter of said Plan back to the Interstate Commerce Commission for further consideration.